**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-6441**

———————

WAYNE STEVEN TIPPETT,

                    Petitioner - Appellant,

        v.

WARDEN MCCALL,

                    Respondent - Appellee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Aiken.   Henry M. Herlong, Jr., Senior
District Judge.  (1:09-cv-00593-HMH)

———————

Submitted:  May 26, 2011            Decided:  June 1, 2011

———————

Before KING, SHEDD and DIAZ, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Wayne Steven Tippett, Appellant Pro Se.  Roy F. Laney, RILEY,
POPE & LANEY, LLC, Columbia, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wayne Steven Tippett seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (2006) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. See 28 U.S.C. § 2253(c)(1)(A) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85. We have independently reviewed the record and conclude that Tippett has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials

before the court and argument would not aid the decisional process.

DISMISSED